IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ANSELMO JESUS RIVERA | : | No. 10-632 |

**ORDER**

**AND NOW**, this 24th day of March, 2022, upon consideration of Anselmo Jesus Rivera's Motion for Compassionate Release (Doc. No. 126), the Government's Response in Opposition (Doc. No. 127), and Mr. Rivera's Reply (Doc. No. 130), for the reasons stated in the accompanying memorandum, it is **ORDERED** that Mr. Rivera's Motion for Compassionate Release (Doc. No. 126) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1