UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:10-cr-00632 |
| | : | |
| ANSELMO JESUS RIVERA, | : | |
| Defendant | : | |

## **O R D E R**

**AND NOW,** this 4th day of February, 2026, upon consideration of Defendant's motions

for early termination of supervised release, *see* ECF Nos. 135 and 138; and the Government's

opposition thereto, *see* ECF No. 137; and for the reasons set forth in the Opinion issued this date,

**IT IS ORDERED THAT:**

The motions for early termination of supervised release, ECF Nos. 135 and 138, are

**DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge